**Fill in this information to identify the case**

Debtor 1 _William L. Hastie_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _WESTERN_ District of _KENTUCKY_
(State)

Case number  _18-40707_

## Official Form 410S1
## Notice of Mortgage Payment Change                               12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor**      MTGLQ Investors, L.P.

**Court claim no.** (if known)      4

**Last four digits** of any number you use to identify the debtor's account:          1560

**Date of payment change**
Must be at least 21 days after date of this notice          1/1/2019

**New total payment:**
Principal, interest, and escrow, if any          $342.71

| Part 1: | Escrow Account Payment Adjustment |
|---------|-----------------------------------|

1. Will there be a change in the debtor's escrow account payment?

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

Current escrow payment:  $244.88      New escrow payment:  $215.01

| Part 2: | Mortgage Payment Adjustment |
|---------|-----------------------------|

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

Current interest rate:  _____%      New interest rate:  _____%

Current principal and interest payment: $_____      New principal and interest payment: $_____

| Part 3: | Other Payment Change |
|---------|----------------------|

18-024477_CMF2

3.  Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____       New mortgage payment: $_____

The "current escrow" referenced on the attached exhibit corresponds to the last payment which was made contractually. The "escrow" referenced in the New Payment Effective Change corresponds to the escrow amount required at the time of the most recent payment change. The current payment section in this analysis is not based off the last notice of payment change filed. It is based off of the due date of the loan when the analysis was prepared. Seterus analysisare prepared in this manner.

Debtor 1 _____William L. Hastie_____    Case number (if known) 18-40707
           First Name        Middle Name        Last Name

---

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**x** _/s/ Amy E. Gardner_____     Date _12/11/2018_____
   Signature

Print:     Amy E. Gardner_____     Title __Attorneys for Creditor_____

Company    _Manley Deas Kochalski LLC_____

Address    _P.O. Box 165028_____
           Number          Street

           _Columbus, OH  43216-5028_____
           City            State      ZIP Code

Contact phone _614-220-5611_____     Email __amps@manleydeas.com___

18-024477_CMF2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Notice of Payment Change

was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY  40202

William W. Lawrence, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202

Russ Wilkey, Attorney for William L. Hastie, 111 W. Second Street, Owensboro, KY  42303, dcwilkey@wilkeylaw.com

and on the below listed parties by regular U.S. mail, postage prepaid on December <u>11</u>, 2018:

William L. Hastie, 230 Sacra Court, Maceo, KY  42355

William L. Hastie, 230 Sacra Ct, Maceo, KY  42355

/s/ Amy E. Gardner

18-024477_CMF2


Representation Of Printed Document

PO Box 1077
Hartford, CT 06143-1077

**Business Hours (U.S. Continental Local Time)**
8am-11pm Monday-Friday 8am-4:30 Saturday

**Phone** 866 570 5277

Redacted

WILLIAM L HASTIE
c/o RUSS WILKEY
111 W 2ND ST
OWENSBORO KY  42303-4112

## ESCROW ACCOUNT STATEMENT

| Analysis Date: | 11/29/18 |
| Loan Number: | Redacted |

| Current Payment | | New Payment Effective 01/01/19 | |
|---|---|---|---|
| Principal and Interest | $127 70 | Principal and Interest* | $127 70 |
| Escrow | $210 18 | Escrow | $215 01 |
| Total Current Payment | $337 88 | Total NEW Payment* | $342 71 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan
In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments  You will receive a separate notice for interest rate adjustments

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc  is the servicer of the above referenced loan  In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance  Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months  This payment will increase if you have a post-petition shortage and/or deficiency  This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months

Our records indicate a petition for Bankruptcy was filed on August 15, 2018  Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court  Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment

### ANTICIPATED DISBURSEMENTS
January  2019
to December  2019

| | |
|---|---|
| HAZARD INS | $576 00 |
| FLOOD INS | $1,903 00 |
| COUNTY | $101 15 |
| **Total Disbursements** | **$2,580.15** |

| | |
|---|---|
| Bankruptcy File Date | August 15, 2018 |
| Pre-Petition Escrow Shortage/Deficiency as of Analysis Date | $2,036 00 |

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law   This cushion covers any potential increases in your tax and/or insurance disbursements   Cushion selected by servicer: $430 02

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $978 35- |
| Post Petition Beg Bal* | | | | $1,057 65 |
| Surplus Refund | | | | $83 72 |
| **Date** | | | | |
| 01/01/2019 | 215 01 | 0 00 | | 1,188 74 |
| 02/01/2019 | 215 01 | 0 00 | | 1,403 95 |
| 03/01/2019 | 215 01 | 0 00 | | 1,618 96 |
| 04/01/2019 | 215 01 | 0 00 | | 1,833 97 |
| 05/01/2019 | 215 01 | 0 00 | | 2,048 98 |
| 06/01/2019 | 215 01 | 0 00 | | 2,263 99 |
| 07/01/2019 | 215 01 | 0 00 | | 2,479 00 |
| 08/01/2019 | 215 01 | 0 00 | | 2,694 01 |
| 09/01/2019 | 215 01 | 576 00- | HAZARD INS | 2,333 02 |
| 09/01/2019 | 0 00 | 1,903 00- | FLOOD INS | 430 02 |
| 10/01/2019 | 215 01 | 101 15- | COUNTY | 543 88 |
| 11/01/2019 | 215 01 | 0 00 | | 758 89 |
| 12/01/2019 | 215 01 | 0 00 | | 973 90 |
| **Total** | **$2,580.12** | **$2,580.15-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $430 02, or 1/6 of the total anticipated payments from your escrow account  Your lowest escrow balance was $430 02

The escrow account has a pre-petition shortage and/or deficiency  A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account  An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months  The pre-petition shortage and/or deficiency is accounted for on the proof of claim (POC) and will be collected as part of your pre-petition plan payment

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from September 2018 to December 2018  This history  compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account   If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero

### ACTUAL ESCROW ACCOUNT HISTORY

| Date | Payments to Escrow Projected | Payments to Escrow Actual | Payments from Escrow Projected | Payments from Escrow Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| Beginning Balance |  |  |  |  |  | $2,749 18 | $1,292 02- |
| 09/01/18 | 244 88 | 210 18* | 30 30- | 30 30- | MORTGAGE INS | 2,963 76 | 1,112 14- |
| 09/01/18 | 0 00 | 0 00 | 571 00- | 576 00-* | HAZARD INS | 2,392 76 | 1,688 14- |
| 09/01/18 | 0 00 | 0 00 | 1,903 00- | 1,903 00- | FLOOD INS | 489 76 | 3,591 14- |
| 10/01/18 | 244 88 | 210 18* | 30 30- | 30 30- | MORTGAGE INS | 704 34 | 3,411 26- |
| 10/01/18 | 0 00 | 0 00 | 101 01- | 0 00* | COUNTY | 603 33 | 3,411 26- |
| 11/01/18 | 244 88 | 2,319 48* | 30 30- | 30 30- | MORTGAGE INS | 817 91 | 1,122 08- |
| 11/01/18 | 0 00 | 0 00 | 0 00 | 101 15-* | COUNTY | 817 91 | 1,223 23- |
| 12/01/18 | 244 88 | 0 00 | 30 30- | 0 00* | MORTGAGE INS | 1,032 49 | 1,223 23- |
| **Total** | **$979.52** | **$2,739.84** | **$2,696.21-** | **$2,671.05-** |  |  |  |

* indicates a difference from a previous estimate either in the date or the amount

** indicates escrow payment made during a period where the loan was paid ahead

**NOTE** – This analysis was prepared in advance of the escrow payment change date  Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account

### IMPORTANT DISCLOSURES

**COLORADO:** Seterus, Inc  maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228, 888 738 5576  **NEW YORK CITY:** 1411662, 1411665, 1411669  **OREGON:** Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation  To file a complaint, call 866 814 9710 or visit http://dfr oregon gov  **TEXAS COLLATERAL ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877 276 5550  A complaint form and instructions may be downloaded and printed from the Department's website located at www sml texas gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml texas gov

THIS COMMUNICATION  IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR  WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE  HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT  THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS  IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT  SEE **IMPORTANT DISCLOSURES** IN THIS LETTER